

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2025

No. 04-24-00756-CR

Cassandra Alicia **BRIONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR9133
Honorable Christine Del Prado, Judge Presiding

**ORDER**

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on February 26, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk